AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Stuart C. Irby Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-422-CWR-FKB |
| A-1 Service LLC, et al. | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  11/15/2023 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: DEC 18 2023

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STUART C. IRBY COMPANY**                                       **PLAINTIFF**

V.                                                **CAUSE NO. 3:23-CV-00422-CWR-FKB**

**A-1 SERVICE LLC; EDWARD BOLDEN;**                   **DEFENDANTS**
**GENESIS DESIGN BUILD GROUP INC.;**
**and EDWARD FREEMAN**

## DEFAULT JUDGMENT

The Court has granted the plaintiff's motion for default judgment against the defendants A-1 Service LLC and Edward Bolden. *See* Docket No. 14. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Stuart C. Irby Company against defendants A-1 Service LLC and Edward Bolden in the amount of $50,004.01. Interest shall run on this amount from this day until the judgment is satisfied, at an annual rate of 5.38%.

**SO ORDERED**, this the 15th day of November, 2023.

                                                     s/ Carlton W. Reeves
                                                     UNITED STATES DISTRICT JUDGE

A TRUE COPY, I HEREBY CERTIFY

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
By: _____, Deputy Clerk