# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| Stuart C. Irby Company | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-422-CWR-FKB |
| A-1 Service LLC, et al. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/28/2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: APR -2 2024

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STUART C. IRBY COMPANY                                        PLAINTIFF

V.                                          CAUSE NO. 3:23-CV-00422-CWR-FKB

A-1 SERVICE LLC; EDWARD BOLDEN;                              DEFENDANTS
GENESIS DESIGN BUILD GROUP INC.;
and EDWARD FREEMAN

## AMENDED DEFAULT JUDGMENT

The Court granted the plaintiff's motion for default judgment against defendants A-1 Service LLC and Edward Bolden. *See* Docket No. 14. Having now granted plaintiff's motion for an award of attorney's fees and costs, Docket No. 23, it is appropriate to enter this Amended Default Judgment. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff Stuart C. Irby Company against defendants A-1 Service LLC and Edward Bolden in the amount of $50,004.01 in compensatory damages, and reasonable attorney's fees and costs in the amount of $15,057.50.

Interest shall run on $50,004.01 at an annual interest rate of 5.38% from November 15, 2023 until the judgment is satisfied.

Interest shall run on $15,057.50 at annual interest rate of 4.99% from today until the judgment is satisfied.

**SO ORDERED**, this the 28th day of February, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

A TRUE COPY, I HEREBY CERTIFY

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
By: _____, Deputy Clerk